UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOMITILLA CONDE, individually )
and p.p.a. for BILLY MOLINA, )
)
vs. ) CA NO. 05-173ML
)
CITY OF PROVIDENCE, et. al. )

## STIPULATION

Now come the parties to the above-entitled matter, by and through counsel, and do hereby agree and stipulate as follows:

1. Plaintiff's federal cause of action referenced in Plaintiffs' complaint is dismissed with prejudice.
2. The within matter shall be remanded for further proceedings in State Court on Plaintiff's state court claims.

Plaintiffs,
By Counsel,

Joseph-Anthony DiMaio, Esq.
Attorney #3910

Date: 6/29/05

Defendants,
By Counsel,

Sara A. Rapport, Esq.
Attorney # 6614

Date: 6/30/05

Enter:
Mary M. Lisi USDJ 7/8/05